## ARTHUR HUDDLESTON v. STATE.

No. A-9071.    Aug. 7, 1936.
(60 Pac. [2d] 212.)

Carroll J. Moody, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of unlawful possession of intoxicating liquor, and his punishment assessed at $50 and 30 days in jail.

A copy of the record and case-made was filed in this court on the 21st day of February, 1936. No brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial errors. The evidence is sufficient to support the verdict. The case is therefore affirmed.